UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jane Smith,<br><br>                    Plaintiff,<br><br>          v.<br><br>Carrie M. Selby, et al.,<br><br>                    Defendant. | Case No. 2:25-cv-03698<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED UNDER PSEUDONYM**<br><br>(ECF No. 10) |

Upon consideration of Plaintiff's Motion to Proceed Under Pseudonym, and good cause appearing therefore, the motion is **GRANTED**, and it is **FURTHER ORDERED** that:

(a) The parties shall refer to Plaintiff by the pseudonym Mrs. Smith in all filings and public proceedings;

(b) The parties shall redact all personally identifying information, including Plaintiff's true full name and initials, from all filings consistent with Federal Rule of Civil Procedure 5.2

IT IS SO ORDERED

Dated:  January 27, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

7, Smit.2203

1